

MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
Natural Aboriginal Indigenous People of the Land: Northwest Amexem/ Africa/ Americas.
(Moorish Credentials) AA 222141 TRUTH A-1.
Allodial American National International Office of Origin.
As Special Appearance:

## Allodial Declaration of Notice of Affidavit/Cause of Action/ First and Final Notice of Default Judgement

For The Public Record/ To be Read into The Record/ Let the Record Show.
Notice to the Principal is Notice to the Agent-Notice to the Agent is Notice to the Principal

**Affiant:**
Mahala Zoelle Bey (Not to be confused with misrepresentation corporate fiction constructed by the hands of another., named KIESHA ANN JONES (including any other assumed name) in all caps in Pro-Se Jurisdiction of unclean hands)); Natural Person, In Full Life, In Propria Persona, Sui Generis, Sui Juris: All Rights Reserved and Retained: 'Nunc Pro Tunc'. [UCC 1-207/ 1-308, 1-103...]
Mailing Location [ADDRESS] 73 Cone Drive, Athens, Georgia Republic [Postal Zone 306] non-domestic Territory/ Ancestral Estate: Northwest Amexem/ North America (The North Gate).

**Vs.**

**Respondents(s)/ Defendant(s):**
1) Joe Biden (President of the United States)
2) Chris Carr (Attorney General for Georgia)
3) David Ertel (Bay view CEO)
4) Brian Kemp (State of Georgia Governor)
5) Brad Raffensperger (State of Georgia Secretary of State)

**Corporation(s) /Company(ies)/ Agency(ies):**
1) United States of America
2) State of Georgia Republic
3) Bayview Loan Servicing, LLC
4) State of Georgia Governor
5) State of Georgia Secretary of State

### Affidavit of Facts/ Cause of Action:

**PREAMBLE:**
The United States of America and all its effects; has no jurisdiction to invade the secured Private sector/Ancestral land Estates of the Moroccan Empire without implied or willful consent of any of the Heir(s)/National(s)/Member/Citizens of the Moroccan Empire; I declare for the public record that I; Mahala Zoelle Bey (Natural Living Flesh and blood Heir/National/Member/ Citizen of Moroccan Empire), Ex. Rel. KIESHA ANN JONES (including all other assumed names i.e. Misrepresentations Corporate Fictions in the Pro-Se jurisdiction of unclean hands in all caps); Hereby thereby affirm that according to Love, Truth, Peace, Freedom, and Justice; and declare I am not a United States Citizen (i.e. Colonial English National of the Union States),.

**WHEREBY,**

I Mahala Zoelle Bey, am competent to make this Sui Heredes Affidavit and I possess full Sovran and UNALIEABLE RIGHTS Sovran and Unalienable rights with political rights supported by and secured by virtue of birth, the Treaty of Peace and Friendship( 1786/1836), the Constitution for the United States of America (1789) and the Bill of Rights(1791), and over two hundred years of

1

 
American case (i.e., common law), both prior to and after the undeclared and unsanctioned federal, corporate United States government bankruptcies of 1933 and 1938 invoking a democracy, repugnant to, and contrary to, the republic (Article IV Section IV).

**Constitution for The United States Republic- Article IV, Section:** *4 shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against invasion; and on Application of the Legislature, or of the Executive [when the Legislature cannot be convened] against domestic Violence.*

**WHEREBY,**

Nature of Discovery was sent to Bayview Loan Servicing, LLC Et. Al and all other party(ies) assignee(s) etc., of interest, on September 9, 2021. They were given three days to answer. Bayview loan servicing did not reply back with the requested answer or the requested information according to Title 5 USC §§ 552(a), 552.

**WHEREBY,**

Notice of default and Final Judgement was sent out on September 01, 2021.

**WHEREBY,**

Bayview Loan Servicing, LLC , Et. Al. and all others, failed to respond or provide any of the requested information for my examination and to correct any records or cure any alleged debt, which constitutes a willful **'Non-Disclosure'** and **Default**. Such a failure of timely/ lawful and legal Response is deemed a **'Dishonor'** and a non-answer of this **Notice** and **Demand** for **Discovery** and **Disclosure**; voiding all and any claims made by Bayview Loan Servicing, LLC Etc. Et. Al. unknown., And or by its Representatives, Agents or Assigns forever barred, null and void.

**WHEREBY,**

On or about April of 2018, Et. Al, The municipal Superior Court of Douglasville (Magistrate Susan Camp) and the Douglasville Sheriff's office and all other party(ies) that was involved acted in excess jurisdiction; and the municipal Superior Court of Douglasville (Magistrate Susan Camp) made a void ruling to do an illegal dispossessory., and preformed dispossessory while rightful possessor/ owner i.e. Moorish American National Heir was unlawfully and illegally without consent and against her will arrested/ detained (kidnapped) . This illegal action constituted theft of ancestral lands, breach of trust, conspiracy to extort in collusion with all Federal and State agencies, trespass on Treaty protected rights, rights of a child, Human rights, Conspiracy against rights, Derivation of rights under color of law etc. Et. Al.

**WHEREAS,**

"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." **Norton v. Shelby County, 118 U.S. 425**

A <u>**writ/order**</u> may be void because it is defective in language, <u>because the court had no jurisdiction to issue the writ</u>; **Big Torts 122 nixon v. Reeves,** 65 Minn. 159, 67 n.W. 989, 33 L.R.A. 506. see Bouviers Law Encyclopedia Rawles 3rd revision Pg. 1182.

The Clerk of the court who issues a **defective writ/order**, or one not authorized by the Court, is liable; ***and so is a judge who orders a writ which he had no right to issue or where he had no jurisdiction*** Big torts 128 see Bouviers Law Encyclopedia Rawles 3rd revision Pg. 1182.

"The court is to protect against any encroachment of Constitutionally secured liberties." **Boyd v. U.S., 116 U.S. 616.**

  

"Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them." **Miranda v. Arizona, 384 U.S. 436**

**A Self-Executing Constitutional Provision.** is defined as immediately effective without the necessity of ancillary legislation. **Cleary v. Kincaid, 23 Idaho, 789, 131 P. 1117, 1118; Stange v. City of Cleveland, 94 Ohio St. 377, 114 N.E. 261, 262.** full Faith and Credit via Article 4 section 1.

**THEREFORE,** with respect to the Facts and Laws herein, and Self Executing Provisions mentioned and directed to the Court herein, it is obligatory upon the Officers of the Supreme Court(Original Jurisdiction Article III) OR COUNTY OR MUNICIPAL COURT to terminate this matter and return any finances, seized allodial properties and its effects, allodial ancestral lands furnishings and fixtures, allodial ancestral lands 233 acres of lands currently known as Natures Point that were stolen under threat, duress and coercion as was stated by me as a matter of record on April 2018. This court has a duty to correct and reconvey the Allodial ancestral lands and property land records and recordings, including 4661 Glider Circle in Douglasville, Georgia but not limited to all surrounding land, fixtures, properties, Easements, Et. Al in all of land known as Natures Point covering approximately 233 Acres the correct and rightful owner/ (heir) Mahala Zoelle Bey ex relatione to KEISHA JONES, Et Al., and every derivative there of *and* All officers and parties involved be sanctioned in the amount of 75,000 each voilation and ordered to pay restitution to the injured party for their violations against the law and the rights of the people, of which they have an oath bound and fiduciary duty to uphold, protect and preserve.

**I; Mahala Zoelle Bey;** hereby thereby affirm according to Love, Truth, Peace, Freedom and Justice; that the above stated herein is correct and true and not misleading whatsoever., to the best of my knowledge; under penalty of perjury, under the laws of the Moorish Zodiac Constitution; with respect and honor to the American National Constitution for the United States (Union States Society) of America (Al-Moroc) Republic (1789).

As Special Appearance/ Authorized Representative:
Autograph: _____ 10/13/21
Mahala Zoelle Bey Ex. Rel. KEISHA JONES, KEISHA ANN JONES Et. Al.
(Moorish American National)
Natural Person, In Propria Persona:
All Rights Reserved: U.C.C. 1-207/ 1-308; 1-103...

Prepared By: As Special Appearance/ Authorized Representative:
Autogragh: _____ 10/13/21
Mahala Zoelle Bey, Authorized Representative
Natural Person, In Propria Persona:
Ex. Rel. KEISHA JONES, KEISHA ANN JONES, Et Al
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103...
Moroccan Empire Territory. c/o 73 Cone Drive
Athens, Georgia [Zip Exempt]
Non-Domestic

3

  

Cc:
**State of Georgia Governor**
Brian P. Kemp
**State of Georgia Attorney General**
Chris Carr
**State of Georgia Secretary of State**
Brad Raffensperger
**Office of Military Commissions**
Chief Judge Paulette V. Burton
**Secret Service**
James M. Murray
**U. S. Marshalls Service**
Donald W. Washington
**United Nations High Commissioner for Human Rights**

Michelle Bachelet Jeria

**United States Justice Department**
Attorney General Marrick Garland ( Attn. 18 USC 241, 242, 245...)
**Great Seal National Association of Moorish Affairs**
Minister: A-El/ Minster Taj Tarik Bey/ Minister William Salaam
**United States Department of State**
Anthony Blinkin
Honorable President Joe Biden
**White House Washington DC**

10/13/21